IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DORESTA PETERS,**

    Plaintiff,

  vs.                                                   Civil Action 2:11-cv-440
                                                       Judge Graham
                                                       Magistrate Judge King

**MEDTRONIC, INC.,**

    Defendant.

<u>**ORDER**</u>

    This case has been reported settled, and the Court has been advised that the parties are in the process of completing terms of settlement. Under these circumstances, the status conference scheduled for January 6, 2012, at 10:00 a.m. is **VACATED**.

    With the agreement of the parties, this action is hereby **DISMISSED**, except that the case will be reopened upon motion of any party, filed within ninety (90) days, should terms of settlement not be met.

<u>January 9, 2012</u>                                    <u>*s/Norah McCann King*</u>
                                                          Norah M$^c$Cann King
                                                 United States Magistrate Judge